UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ENVIRONMENTAL MANUFACTURING
SOLUTIONS, LLC, and
HEARTLAND ENERGY GROUP
LTD.,

      Plaintiffs,                                    CASE NO. 6:18-cv-156-Orl-40KRS

v.

FLUID ENERGY GROUP, LTD.,
and CLAY PURDY,

      Defendants.
_____/

## NOTICE TO THE COURT

Plaintiffs, ENVIRONMENTAL MANUFACTURING SOLUTIONS, LLC ("EMS") and HEARTLAND ENERGY GROUP, LTD. ("HEG"), by and through their undersigned counsel, files this Notice to the Court pursuant to Local Rule 3.01(h).

On March 6, 2018, Mr. Cheskin filed Defendant Fluid Energy Group, Ltd. ("Fluid Energy") and Defendant Clay Purdy ("Mr. Purdy," together with Fluid Energy, the "Defendants") Motion to Dismiss Amended Complaint (Doc. 21). Plaintiffs filed their Response in Opposition on March 30, 2018 (Doc. 41). Magistrate Judge Karla Spaulding filed her Report and Recommendation on May 9, 2018 (Doc. 45). Plaintiffs filed their Objection in Part to Report and Recommendation on May 23, 2018 (Doc. 46); and Defendants filed their Response to Plaintiff's Objection on June 18, 2018 (Doc. 49). More than 180 days have passed since the filing of Plaintiffs' Response in Opposition (Doc. 41). While 180 days have not passed as of yet since the

filing of Defendants Response to Plaintiff's Objections (Doc. 49), expert report deadlines in the instant case are quickly approaching such that a ruling on the Report and Recommendation is crucial. Accordingly, Plaintiffs, EMS and HEG, now files this Notice to the Court pursuant to Local Rule 3.01(h).

DATED this 19th day of November 2018.

        Respectfully submitted,

        BEUSSE WOLTER SANKS & MAIRE, PLLC
        390 North Orange Avenue
        Suite 2500
        Orlando, Florida 32801
        Telephone:   (407) 926-7700
        Facsimile:   (407) 926-7720
        Email: adavis@bwsmiplaw.com
        Email: kwimberly@bwsmiplaw.com

        *Attorneys for Plaintiffs,*
        *Environmental Manufacturing Solutions, LLC*
        *and Heartland Energy Group, Ltd.*

By:  */s/ Amber N. Davis*
      Amber N. Davis
      Florida Bar No.: 0026628
      Kevin W. Wimberly
      Florida Bar No.: 057977

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system this 19th day of November, 2018 which will electronically transmit an electronic copy to: Mark R. Cheskin, Esquire, Dwayne A. Robinson, Esquire, HOGAN LOVELLS US LLP, 600 Brickell Avenue, Suite 2700, Miami, FL 33131.

        */s/ Amber N. Davis*
        Attorney